

## NUMBER 13-09-584-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE: ROBERT ALANIZ D/B/A A B CONSTRUCTION

### On Petition for Writ of Mandamus

## MEMORANDUM OPINION

**Before Justices Yañez, Benavides, and Vela**
**Memorandum Opinion Per Curiam**

Relator, Robert Alaniz d/b/a A B Construction, filed a petition for writ of mandamus in the above cause on October 21, 2009.

The Court, having examined and fully considered the petition for writ of mandamus, appendix, and record, is of the opinion that relator has not shown himself entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is hereby DENIED. *See*

Tᴇx. R. Aᴘᴘ. P. 52.8(a).


PER CURIAM

Memorandum Opinion delivered
and filed this 4th day of November, 2009.